IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MAYO, ) | No. C 10-00962 JW (PR) |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME TO FILE PRISONER TRUST ACCOUNT STATEMENT |
| vs. ) | |
| JOHN DOE, ) | |
| Defendant. ) | |

On March 5, 2010, plaintiff filed this pro se civil rights action by filing a letter complaining of prison conditions at the California Men's Colony in San Luis Obispo. The same day, the clerk of the Court sent a notification to plaintiff that the complaint was insufficient because plaintiff failed to pay the filing fee or submit an In Forma Pauperis Application. (Docket No. 2.) On April 21, 2010, plaintiff filed an in forma pauperis application which is deficient because plaintiff failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) In the interest of justice, the Court grants plaintiff an extension of time to file the missing statement **within thirty (30) days** from the date this order is filed.

///

Order Granting Ext. of Time to file Prisoner Account Statement
P:\PRO-SE\SJ.JW\CR.10\Mayo00962_ifp-eot.wpd

1 **Failure to respond in accordance with this order in the time provided**
2 **will result in dismissal of this case without prejudice for failure to pay the filing**
3 **fee without further notice to plaintiff.**

5 DATED: May 10, 2010

*[signature: James Ware]*
JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MAYO,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.

Case Number: CV10-00962 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/13/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Mayo G-24650  
California Men's Colony  
P. O. Box 8101  
San Luis Obispo, CA 93409-8101

Dated: 5/13/2010

Richard W. Wieking, Clerk  
/s/ By: Elizabeth Garcia, Deputy Clerk